UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVIS BRYANT,<br><br>Defendant. | NO. CR-03-0245-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND CONTINUE TRIAL IF NECESSARY, AND DISMISSING SUPERSEDING INFORMATION** |

Before the Court is Defendant's Motion to Extend the Pretrial Motions Deadline and Continue Trial if Necessary (Ct. Rec. 78). A pretrial conference was held on June 14, 2005, in Spokane, Washington. The Defendant was present and represented by defense counsel George Trejo, Jr.; the Government was represented by United States Attorney James McDevitt. At the hearing, the Defendant agreed to proceed on the brief. Mr. McDevitt indicated that the Government wished to stand on the record and proceed to trial as scheduled. This order memorializes the Court's oral rulings.

At the hearing, the Defendant agreed to allow the Court to consider the motion for reconsideration based on the briefs already filed. Defense counsel stated that the Defendant's motion did not require an additional evidentiary hearing. Accordingly, the parties agreed to proceed to trial on July 5, 2005. The Government and the Defendant also agreed that the superseding information filed against Defendant on May 28, 2004 (Ct. Rec. 22) should be dismissed, because the Government intends to go to trial on the original indictment.

//

**ORDER DENYING DEFENDANT'S MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND CONTINUE TRIAL IF NECESSARY**\* 1

Accordingly, **IT IS HEREBY ORDERED** that**:**

1. Defendant's Motion to Extend the Pretrial Motions Deadline and Continue Trial if Necessary (Ct. Rec. 81) is **DENIED**.

2. Defendant's Motion to Withdraw Guilty Plea (Ct. Rec. 68) is **DENIED AS MOOT**. The Court has already given the Defendant leave to withdraw his plea, and he has done so.

3. The Defendant's Motions to Extend Time to File Motions and File Memorandum (Ct. Recs. 62 &65) are **DENIED AS MOOT**.

4. The Superseding Information (Ct. Rec. 22) against the Defendant is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to counsel.

**DATED** this 21st day of June, 2005.

s/ ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2003\Bryant\Bryant.deny.cont.wpd

**ORDER DENYING DEFENDANT'S MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND CONTINUE TRIAL IF NECESSARY** * 2